STATE OF CONNECTICUT *v.* GLENN BAILEY

*Glenn Bailey*, pro se, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided May 21, 2003

DOUGLAS R. DANIELS ET AL. *v.*
HONORABLE JON M. ALANDER

The Supreme Court docket number is SC 17002.

*Kenneth A. Votre*, in support of the petition.

*Gregory T. D'Auria*, associate attorney general, in opposition.

Decided May 21, 2003

STATE OF CONNECTICUT *v.* LUIS M. FERNANDEZ